ACCEPTED
12-15-00103-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/22/2015 4:41:45 PM
Pam Estes
CLERK

## NO. 12-15-00103-CR

| | | |
|---|---|---|
| **Desiree Chumbley** | § | **IN THE DISTRICT COURT OF APPEALS** |
| **vs.** | § | **12TH JUDICIAL DISTRICT** |
| **The State of Texas** | § | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 4:41:45 PM
PAM ESTES
Clerk

### 1ST REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Appellant in the above entitled and numbered cause, by and through his court appointed attorney, and, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, files this his 1st Request for Extension of Time to File Brief to the 12th Court of Appeals of the State of Texas, sitting in Tyler, Texas. In support of same, Appellant would respectfully show the following as good cause:

1. This cause is on appeal from the 2nd Judicial District Court of Cherokee County, Texas.

2. The case below was styled *The State of Texas vs. Desiree Chumbley* and was numbered 19193.

3. Appellant was convicted by a Jury of the offense of Burglary of a Habitation - Enhanced and was assessed a sentence of 60 years confinement in the Texas Department of Criminal Justice, Institutional Division, with 380 days credit.

4. Notice of Appeal and Motion for New Trial were filed on April 22, 2015.

5. Both the Clerk's Record and the Reporter's Record have previously been filed with the Court.

6. It is the undersigned's understanding that Appellant's Brief is due on 30 days after receipt, making same being October 20, 2015.

7. Appellant requests an extension of time of 90 days from the originally scheduled date per this honorable court's calendar to file the Brief, i.e. **January 20, 2016**. This would allow the opportunity for counsel to adequately review this material, research it and draft an appropriate argument based upon it.

8. It is Counsel's understanding that this is the first request for such an extension.

9. Appellant relies upon the following facts as good cause for the requested extension:

Counsel is a sole practitioner. Counsel was not trial counsel and, therefore, has to familiarize himself with the trial actions from discussions with the Defendant and trial counsel, and from reviewing the record as and when it was forwarded to him. Counsel also serves as the sole presiding Judge for the cities of Rusk, Alto, Wells and Cuney and, as such, must maintain his judicial dockets and responsibilities without substitution. Accordingly, additional time is required for effective assistance of counsel on appeal.

In addition to the above, Counsel would show that he has had a conflict of time because of the

following previously scheduled activities and court hearings:

Counsel has <u>daily</u> duties as a Magistrate and conducts Magistration Docket for the cities of Rusk, Alto, Wells and Cuney.

In addition to his daily duties as a Magistrate, Counsel has his Judicial Duties as Municipal Court Judge for Pre-Trial Dockets, as well as Show Cause Dockets, and Jury and Bench Trials as follows:

September 3, 2015 Wells and Alto (including 1 jury trial in Alto)

September 16, 2015 Rusk

October 6, 2015 Cuney

October 7, 2015 Rusk

October 8, 2015 Wells and Alto

October 14, 2015 Rusk 2 Jury trials

October 21, 2015 Rusk

October 22, 2015 Alto

November 3, 2015 Cuney

November 4, 2015 Rusk

November 5, 2015 Wells and Alto

November 18, 2015 Rusk

November 19, 2015 Alto

December 1, 2015 Cuney

December 2, 2015 Rusk

December 3, 2015 Wells and Alto

December 16, 2015 Rusk

December 17, 2015 Alto

January 5, 2016 Cuney

January 6, 2016 Rusk

January 7, 2016 Wells and Alto

Counsel is called away to attend a required Judicial Education Conference on October 28 - 29, 2015.

Counsel also has his attendant duties as Presiding Judge for purposes of departmental reporting at Alto City Council on September 21, 2015, October 19, 2015, November 16, 2015, December 21, 2015 and January 18, 2015.

Additionally, Counsel's wife had surgery on September 10, 2015, necessitating his attendant duties on the day of surgery and during her recuperation time, as well as a follow-up appointments on September 21, 2015, October 5, 2015, November 2, 2015, November 10, 2015

Further, Counsel had his own medical appointments for his Leukemia treatment as follows:

September 28, 2015 (all day- @ 5 hours)

October 20, 2015

and his Diabetes treatment as follows:

September 29, 2015

January11, 2016

and further treatment for a hand nerve condition on November 5, 2015 ( with probable surgery prior to the end of December 2015) leaving him with temporary reduction of hand availability to only one hand until released by his doctor.

Because of the above, counsel has been and will be unable to complete the necessary research and preparation of the appellate brief without an extension of time. Request is made herein that this honorable Court grant this request.

Respectfully submitted,

LAW OFFICE OF FORREST K. PHIFER     Forrest K. Phifer
P.O. Box 829     SBOT 15908570
Rusk, Texas 75785-0829
(903) 721-1842     By:/S/ Forrest K. Phifer _____

## CERTIFICATE OF CONFERENCE

I, the undersigned, herein certify that I have conferenced with the Prosecuting Attorney on October 19, 2015 and she has indicated **NO OBJECTIONS** to the merits of this motion.

By: _/S/ Forrest K. Phifer _____

## CERTIFICATE OF SERVICE

This is to certify that on October 19, 2015, a true and correct copy of the above and foregoing document was served on the Prosecuting Attorney's Office, Cherokee County, Rusk, Texas, by electronic delivery.

/S/ Forrest K. Phifer _____